Scott H. Zwillinger (SBN 019645)
Laura A. Freeman (SBN 021331)
**ZWILLINGER GREEK ZWILLINGER & KNECHT PC**
2425 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
(602) 224-7888
(602) 224-7889 (Fax)
E-mail: docket@zglawgroup.com
Attorneys for Defendants Biltmore Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THEODORE E. COIT JR., | No. _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 AND 28 U.S.C. § 1441(b)** |
| THE BILTMORE BANK, an Arizona Corporation, DOES I – X Inclusive, | |
| Defendants. | **(Federal Question Jurisdiction)** |
| | **Maricopa County Superior Court Case No. CV2010-002583** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Biltmore Bank submits this Notice of Removal pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b). Removal is proper because Plaintiff Theodore E. Coit is seeking relief pursuant to United States Federal laws, including but not limited to relief under 42 U.S.C. § 1983, *et seq*.

1. Plaintiff filed his Complaint on or about January 21, 2010 in the civil matter styled THEODORE E. COIT JR., Plaintiff, v. THE BILTMORE BANK and DOES I – X INCLUSIVE, case number CV2010-002583, which is pending in the Maricopa County Superior Court, a state court in the District of Arizona.

2.      In compliance with LRCiv. 3.7, copies of all state court filings in this matter are attached collectively as Exhibit A, which consists of the following: Complaint; Amended Complaint; Notice of Lis Pendens; and Summons upon the Biltmore Bank.  No other process, pleadings, papers, or orders have been served in this matter.

3.      All parties have been served in this action.  Further, there is only one Defendant in this matter so consent to removal of other parties is not necessary.

4.      In this case Plaintiff alleges that Defendant has violated his rights under the Fair Debt Collection Practices Act 15 U.S.C. § 1692 *et seq.* and seeks a "quiet title" action, seeking an order that Defendant be required to set forth the nature of any claims to certain property, along with damages and an injunction.

5.      As Plaintiffs are seeking relief pursuant to federal law, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and it may be removed to the United States District Court pursuant to the provisions of 28 U.S.C. § 1441(b).

6.      The Biltmore Bank has timely filed this Notice in accordance with 28 U.S.C. § 1446(b).

7.      A copy of this Notice has been filed with the Clerk of the Superior Court in and for Maricopa County pursuant to LRCiv 3.7.

WHEREFORE, the Biltmore Bank prays that this case be removed from the Superior Court of Arizona in and for Maricopa County to the United States District Court for the District of Arizona and that all further proceedings in Superior Court be stayed.

/ / /

/ / /

RESPECTFULLY SUBMITTED this 22nd day of February, 2010.

**ZWILLINGER GREEK ZWILLINGER & KNECHT PC**

By:   /s/  Laura A. Freeman
Scott H. Zwillinger
Laura A. Freeman
2425 E. Camelback Rd., Ste 600
Phoenix, Arizona 85016
Attorneys for The Biltmore Bank

ORIGINAL filed electronically, and COPIES mailed this 22nd day of February, 2010, to:

Theodore E. Coit Jr.
1856 E. Atlanta
Phoenix, Arizona  85040
Pro Se

 /s/  Tricia Blenis
::ODMA\PCDOCS\ZGLAWDM\1021569\1

3

# VERIFICATION

Laura A. Freeman, upon her oath, states the following:

I am the attorney representing the Biltmore Bank in the matter of *Theodore E. Coit Jr. v. The Biltmore Bank, et al*.

I verify that the documents attached as Exhibit A to this Notice of Removal of Action Under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b) are true and complete copies of said documents, and that to the best of my knowledge they collectively constitute all pleadings and other documents filed in this matter.

Executed this 3rd day of February, 2010.

By:   /s/ Laura A. Freeman
      Laura A. Freeman