# EXHIBIT A

1   Theodore E Coit Jr.

2   1856 E Atlanta

3   Phoenix AZ 85040

4   Telephone: 602 625 3982

5   Fax: 603 619 8370

6   e-mail: tedcoitjr@att.net

7   Plaintiff in Pro Per

8

9               IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10                  IN AND FOR THE COUNTY OF MARICOPA

11

12  Theodore E Coit Jr.                    )        NO.   CV2010-002583

13                                         )        Complaint to Quiet Title

14          Plaintiff                      )

15              vs.                        )

16                                         )

17  The Biltmore Bank,                     )

18  Does I-X Inclusive                     )

19                                         )

20          Defendants                     )

21  _____        )

22

23  Plaintiff, for his complaint against the defendants named herein, alleges as follows:

24

25                              **I**

26  Defendant, The Biltmore Bank (Biltmore) is the current beneficiary for a trust deed dated

27  January 26, 2006 and recorded on February 3, 2006 in Maricopa County, Arizona as the most

28  recent instrument number 2008-0567999.  Defendant Biltmore is a "debt collector" within the

    meaning of 15U.S.C 1692a(6).

**II**

Defendants, Does I-X, are unknown to Plaintiff and are herein sued.  When and If they become known Plaintiff will modify this complaint to include them.

**III**

The property that is the subject of this action is located in the county of Maricopa, city of Phoenix, and state of Arizona legally described as Lot 20, Block 12, Park South Unit One, a subdivision recorded in Book 66 of Maps, page 5, records of Maricopa County, Arizona and commonly known as 1856 E Atlanta, Phoenix, Arizona 85040.

**IV**

Plaintiff, Theodore E Coit Jr. (Coit) is the owner in fee simple of said property and the borrower on the trust deed herein described.  Plaintiff Coit is a "consumer" within the meaning of 15U.S.C 1692a(3).

**V**

On or about January 13, Defendant Biltmore without prior knowledge or consent of Plaintiff and without the express permission of any court of competent jurisdiction, notified Plaintiff that said Defendant had increased the amount of the debt that Plaintiff owed under the trust deed described herein.

**VI**

On January 19, 2010 Plaintiff requested via certified mail from Defendant Biltmore and their Trustee, Barbara Rostad, Phoenix Settlement Services, LLC under the powers of 15U.S.C 1692g disputing the debt and requesting that Defendant furnish proof of the debt and the authority to increase said debt a copy of that letter is attached hereto as exhibit "A" and made a part hereof.

**VII**

However, in violation of 15U.S.C 1692g(b) Defendant Biltmore has not ceased in its efforts to collect said debt and said Defendant threatens to sell Plaintiff's property herein described at a Trustee Sale scheduled for January 22, 2010.

**VIII**

Defendant's Biltmore violations of the aforementioned statute threatens to cause Plaintiff irreparable damages.

WHEREFORE, Plaintiff prays for judgment as follows:

1.      That the Defendant be required to set forth the nature of any claims to the land or premises, so that all adverse claims of the Defendant may be determined by the judgment of this Court;

2.      That the Defendant be forever enjoined and barred from asserting any claim whatever in or to the land or premises, or to any part thereof adverse to the Plaintiff, and that the title of the Plaintiff is good and valid;

3.      That the Plaintiff recover the costs of suit incurred herein and

4.      For such and other further relief as this Court deems just in the premises.

Date: January 21, 2010

Theodore E Coit Jr.-Plaintiff in Pro Per

- 3 -

January 19, 2010                                              **exhibit "A"**


Theodore E Coit Jr.
1856 E Atlanta Ave
Phoenix AZ 85040
Telephone: 602 625 3982
e-mail: tedcoitjr@att.net


Barbara Rostad
2400 E Arizona Biltmore Circle
Suite 1150
Phoenix AZ 85016


re: trustee sale #2009-35254


Dear Ms. Rostad:

I am making this request within my rights contained in the Fair Debt Collections Act. I received a letter from The Biltmore Bank dated January 13, 2010. In that letter it stated that the amount of debt due on my note had been increased due to a payment made by the bank. This payment should have been made when I originally made the loan on January 26, 2006. I am requesting several documents:

1. A copy of the original loan dispersement of funds to determine if this tax obligation was paid or supposed to be paid then.
2. A copy of the original loan agreement to determine if this debt should have been paid through the loan proceeds.
3. Since it was my understanding with Biltmore Bank that they were going to notify me as to the status of the tax obligation and there wasn't an urgency I would like a copy of the clause in my contract with Biltmore that allowed them to pay this tax bill and increase the amount that I owe.
4. The exact amount that is owing as of this date with documentation.
5. The exact statute that you referred to in a email that allows you or Biltmore Bank to not inform me the borrower as to the amount that is planned to auction my property until the day of the sale.

I am attempting to pay this debt off rather than reinstate the loan so this information is critical in accomplishing that objective and saving my property.


Sincerely


Theodore E Coit Jr.


cc: Biltmore Bank


1

COPY

FEB 0 2 2010

MICHAEL K. JEANES, CLERK
E. PEREZ
DEPUTY CLERK

1    Theodore E Coit Jr.

2    1856 E Atlanta

3    Phoenix AZ 85040

4    Telephone: 602 625 3982

5    Fax: 603 619 8370

6    e-mail: tedcoitjr@att.net

7    Plaintiff in Pro Per

8

9    **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10    **IN AND FOR THE COUNTY OF MARICOPA**

11

12    Theodore E Coit Jr.                    )        NO. C V2010 - 002583

13                                           )        Amended Complaint to Quiet Title

14             Plaintiff                     )

15             vs.                           )

16                                           )

17    The Biltmore Bank,                     )

18    Does I-X Inclusive                     )

19                                           )

20             Defendants                    )

21    _____     )

22

23    Plaintiff, for his complaint against the defendants named herein, alleges as follows:

24                                  **Count I**

25

26                                     **I**

27    Defendant, The Biltmore Bank (Biltmore) is the current beneficiary for a trust deed dated

28    January 26, 2006 and recorded on February 3, 2006 in Maricopa County, Arizona as the most

recent instrument number 2008-0567999. Defendant Biltmore is a "debt collector" within the

1   meaning of 15U.S.C 1692a(6).

2

3                  **II**

4   Defendants, Does I-X, are unknown to Plaintiff and are herein sued.  When and If they become

5   known Plaintiff will modify this complaint to include them.

6

7                  **III**

8   The property that is the subject of this action is located in the county of Maricopa, city of

9   Phoenix, and state of Arizona legally described as Lot 20, Block 12, Park South Unit One, a

10   subdivision recorded in Book 66 of Maps, page 5, records of Maricopa County, Arizona and

11   commonly known as 1856 E Atlanta, Phoenix, Arizona 85040.

12

13                  **IV**

14   Plaintiff, Theodore E Coit Jr. (Coit) is the owner in fee simple of said property and the

15   borrower on the trust deed herein described.  Plaintiff Coit is a "consumer" within the meaning

16   of 15U.S.C 1692a(3).

17

18                  **V**

19   On or about January 13, Defendant Biltmore without prior knowledge or consent of Plaintiff

20   and without the express permission of any court of competent jurisdiction, notified Plaintiff that

21   said Defendant had increased the amount of the debt that Plaintiff owed under the trust deed

22   described herein.

23

24                  **VI**

25   On January 19, 2010 Plaintiff requested via certified mail from Defendant Biltmore and their

26   Trustee, Barbara Rostad, Phoenix Settlement Services, LLC under the powers of 15U.S.C

27   1692g disputing the debt and requesting that Defendant furnish proof of the debt and the

28   authority to increase said debt a copy of that letter is attached hereto as exhibit "A" and made a

1 | part hereof.

2

3 | **VII**

4 | However, in violation of 15U.S.C 1692g(b) Defendant Biltmore has not ceased in its efforts to

5 | collect said debt and said Defendant threatens to sell Plaintiff's property herein described at a

6 | Trustee Sale scheduled for January 22, 2010.

7

8 | **VIII**

9 | Defendant's Biltmore violations of the aforementioned statute threatens to cause Plaintiff

10 | irreparable damages.

11 | **Count II**

12 | **IX**

13 | Defendant Biltmore Bank did schedule a Trustee's Sale on Subject Property for January 22.

14 | 2010.  Said Defendant did employ Phoenix Settlement Services, LLC to act as the trustee to

15 | conduct the trustee sale on the Subject Property.

16

17 | **X**

18 | On several occasions prior to the scheduled sale and on the day preceding the trustee sale on the

19 | Subject Property Plaintiff did request of said Defendant and its trustee Phoenix Settlement

20 | Services the amount of the opening bid on the Subject Property.

21

22 | **XI**

23 | In violation of **A.R.S. 33-809(F)** Defendant Biltmore Bank and its trustee Phoenix Settlement

24 | Services, LLC did fail and refuse to inform or furnish Plaintiff of the opening bid for the trustee

25 | sale on Subject Property.

26

27 | **XII**

28 | Defendant Biltmore Bank and its trustee Phoenix Settlement Services, LLC did fail and refuse

1  as required by law to postpone the trustee sale scheduled for January 22, 2010 until the said

2  Trustee did comply with the law.

3

4

5  WHEREFORE, Plaintiff prays for judgment as follows:

6  1.  That the Defendant be required to set forth the nature of any claims to the land or

7  premises, so that all adverse claims of the Defendant may be determined by the

8  judgment of this Court;

9  2.  That the Defendant be forever enjoined and barred from asserting any claim whatever in

10  or to the land or premises, or to any part thereof adverse to the Plaintiff, and that the title

11  of the Plaintiff is good and valid;

12  3.  That the Plaintiff recover the costs of suit incurred herein and

13  4.  For such and other further relief as this Court deems just in the premises.

14

15  Date: January 21, 2010

16

17

18  Theodore E Coit Jr.-Plaintiff in Pro Per

19

20

21

22

23

24

25

26

27

28

January 19, 2010                                    **exhibit "A"**


Theodore E Coit Jr.
1856 E Atlanta Ave
Phoenix AZ 85040
Telephone: 602 625 3982
e-mail: tedcoitjr@att.net


Barbara Rostad
2400 E Arizona Biltmore Circle
Suite 1150
Phoenix AZ 85016


re: trustee sale #2009-35254


Dear Ms. Rostad:

I am making this request within my rights contained in the Fair Debt Collections Act.  I received a letter from
The Biltmore Bank dated January 13, 2010.  In that letter it stated that the amount of debt due on my note had
been increased due to a payment made by the bank.  This payment should have been made when I originally
made the loan on January 26, 2006.  I am requesting several documents:
1. A copy of the original loan dispersement  of funds to determine if this tax obligation was paid or
   supposed to be paid then.
2. A copy of the original loan agreement to determine if this debt should have been paid through
   the loan proceeds.
3. Since it was my understanding with Biltmore Bank that they were going to notify me as to the
   status of the tax obligation and there wasn't an urgency I would like a copy of the clause in my
   contract with Biltmore that allowed them to pay this tax bill and increase the amount that I owe.
4. The exact amount that is owing as of this date with documentation.
5. The exact statute that you referred to in a email that allows you or Biltmore Bank to not inform
   me the borrower as to the amount that is planned to auction my property until the day of the sale.
I am attempting to pay this debt off rather than reinstate the loan so this information is critical in accomplishing
that objective and saving my property.


Sincerely


Theodore E Coit Jr.




cc: Biltmore Bank


1

When recorded mail to:

Name: _____

Address: _____

_____

City/State/Zip: _____

_____

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2010-0051268 01/21/10 01:18 PM
1 OF 1
BROWNJ

this area reserved for county recorder

........................................................................................

## *CAPTION HEADING:*

# DO  NOT  REMOVE

## This is part of the official document

CERTIFIED COPY

1  Theodore E Coit Jr.

2  1856 E Atlanta

3  Phoenix AZ 85040

4  Telephone: 602 625 3982

5  Fax: 603 619 8370

6  e-mail: tedcoitjr@att.net

7  Plaintiff in Pro Per

8

9        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10          **IN AND FOR THE COUNTY OF MARICOPA**

11

12  Theodore E Coit Jr.                    )        NOV 2010-002583

13                                          )        NOTICE OF LIS PENDENS

14         Plaintiff                        )

15            vs.                           )

16                                          )

17  The Biltmore Bank,                     )

18  Does I-X Inclusive                      )

19                                          )

20         Defendants                       )

21  _____ )

22

23  **PURSUANT TO ARS 12-1191, NOTICE IS HEREBY GIVEN that:**

24  1.  A civil action has been commenced in this Court involving the below named parties as

25  Plaintiff and Defendants:

26         Theodore E Coit Jr.- Plaintiff

27         The Biltmore Bank- Defendant

28

2. The object of this action and the relief demanded is as follows:   To quiet title against all

1  adverse claims to Plaintiff

2  3.  The real property affected by this action is located in Maricopa County and is legally

3  described as Lot 20, Block 12, Park South Unit One, a subdivision recorded in Book 66 of

4  Maps, page 5, records of Maricopa County, Arizona commonly known as 1856 E Atlanta,

5  Phoenix, Arizona 85040.

6  4.  Any purchasers or encumbrance of this real property shall be held to have constructive

7  notice of the pendency of this action and of the claims made therein.

8

9

10

11

12

13  Date: January 21, 2010

_Theodore E Coit_

Theodore E Coit Jr.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The foregoing instrument is a full, true and correct copy
of the original on file in this office.

**JAN 21 2010**

Attest _____ 20 _____
MICHAEL K. JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the County of Maricopa.

By _____ Deputy

- 2 -

ORIGINAL

Name of Person Filing: _THEODORE CoiT JR_____
Your Address: _18565 ATLANTA_____
Your City, State, Zip Code: _PHOENIX AZ 85040_____
Your Telephone Number: _602 625-3992_____
Attorney Bar Number (if applicable): _____
Representing ☒ Self (Without an Attorney) or ☐ Plaintiff or ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV2010-002583

_THEODORE E CoiT JR._
**Name of Plaintiff**

Case No.:_____

_THE BILTMORE BANK ET.AL._
**Name of Defendant**

**SUMMONS**

> **WARNING: This is an official document from the court that affects your rights.  Read this carefully.  If you do not understand it, contact a lawyer for help.**

## FROM THE STATE OF ARIZONA TO _THE BILTMORE BANK_____
**Name of Defendant**

1.  A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona  85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374.  Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

JAN 21 2010

SIGNED AND SEALED this date                                    MICHAEL K. JEANES, CLERK OF COURT

By_____
        Deputy Clerk

IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION

SUM                          Page 2 of 2                    **Form #210** LRD 03/23/2004  ALL RIGHTS RESERVED
                                                           © Clerk of Superior Court of Arizona in Maricopa County